## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

PATRICK ARNOLD and ELIZABETH ARNOLD,
Plaintiffs,
v.
Baxter Healthcare Corporation, a corporation,
Defendant.

Case Number:

FILED: APRIL 16, 2008
08CV2168    PH
JUDGE HOLDERMAN
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Baxter Healthcare Corporation

| | |
|---|---|
| **NAME (Type or print)**<br>Leslie M. Smith, P.C. | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Leslie M. Smith, P.C. | |
| **FIRM**<br>Kirkland & Ellis LLP | |
| **STREET ADDRESS**<br>200 East Randolph Drive | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6196244 | **TELEPHONE NUMBER**<br>312-861-2078 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐