**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PATRICK ARNOLD and<br>ELIZABETH ARNOLD,<br><br>    v.<br><br>BAXTER HEALTHCARE CORPORATION,<br>a corporation. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-02168<br>)<br>)<br>) |

## NOTICE OF MOTION

Defendant Baxter Healthcare Corporation ("BHC") hereby gives notice of its Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation. Defendant BHC shall appear before the Court on Thursday, April 24 at 9:00 a.m., or as soon thereafter as can be heard for presentment of this motion, a copy of which is served upon you.

This the 18th day of April, 2008.

                              Respectfully submitted,

                                   /s/ Leslie M. Smith, P.C.
                              Leslie M. Smith, P.C., Attorney No. 6196244
                              Kirkland & Ellis LLP
                              200 East Randolph Drive
                              Chicago, IL 60601
                              telephone: (312)861-2000
                              facsimile: (312)861-2200

## CERTIFICATE OF SERVICE

     I, Leslie M. Smith, P.C. do hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** will be served by overnight delivery on Plaintiffs' counsel:

Susan E. Loggans & Associates, P.C.
33 N. La Salle Street
Suite 1710
Chicago, Illinois  60602Tel: (312) 201-8600

This 18th day of April, 2008.

                                                /s/ Leslie M. Smith, P.C.
                                                Leslie M. Smith, P.C.