UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK ARNOLD and<br>ELIZABETH ARNOLD,<br><br>    Plaintiffs,<br>v.<br><br>BAXTER HEALTHCARE CORPORATION, a corporation,<br><br>    Defendant. | )<br>)<br>)<br>)   Civil Action No. 1:08-CV-02168<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT
## OF BAXTER HEALTHCARE CORPORATION

COMES NOW Defendant Baxter Healthcare Corporation ("BHC"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, and certifies that the following is a full and complete list of any parent corporation and any publicly held corporation that owns 10% or more of the stock of BHC:

A.  BHC is a wholly-owned subsidiary of Baxter International Inc. Baxter International Inc. owns 100% of the stock issued by BHC.

B.  Baxter International Inc. is a publicly traded corporation.  Baxter International Inc. has no parent corporation, and no publicly traded corporation owns 10% or more of the stock issued by Baxter International Inc.

   DATED:  April 21, 2008.

                                                    Respectfully submitted,

                                                      /s/ Leslie M. Smith, P.C.
                                                    Leslie M. Smith, P.C.,
                                                    Attorney No. 6196244
                                                    Kirkland & Ellis LLP
                                                    200 East Randolph Drive
                                                    Chicago, IL 60601
                                                    telephone:  (312) 861-2000
                                                    facsimile:  (312) 861-2200

## CERTIFICATE OF SERVICE

I, Leslie M. Smith, P.C. do hereby certify that on the 21st day of April, 2008, I caused a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF BAXTER HEALTHCARE CORPORATION** to be served on Plaintiffs' counsel via overnight delivery:

Susan E. Loggans & Associates, P.C.
33 N. La Salle Street
Suite 1710
Chicago, Illinois  60602
Tel: (312) 201-8600

                    /s/ Leslie M. Smith P.C.
                    Leslie M. Smith, P.C.