## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Patrick Arnold, et al.

                  Plaintiff,

v.                                       Case No.: 1:08–cv–02168
                                       Honorable James F. Holderman

Baxter Healthcare Corporation

                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Status hearing is reset for 5/8/2008 at 9:00 AM. Defendant Baxter Healthcare Corporation's motion to stay of proceedings pending transfer to the Judicial Panel on Multidistrict Litigation [6] is entered and continued for 5/8/2008 at 9:00 AM.Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.