UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK ARNOLD and ELIZABETH ARNOLD,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BAXTER HEALTHCARE CORPORATION, a corporation,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-02168<br>)<br>) Hon. James F. Holderman<br>)<br>)<br>) |

## NOTICE OF MOTION

**TO:**　Leslie M. Smith, Renee D. Smith, Andrew P. Bautista, Kirkland & Ellis LLP
　　　200 East Randolph Drive, Chicago, IL 60601

　　PLEASE TAKE NOTICE that on the **8th day of May, 2008 at 9:00 a.m.**, we will appear before the Honorable James F. Holderman in Room 2541 located at the Everett Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' Motion to Remand, previously served upon you through the CM/ECF filing system.

　　　　　　　　　　　　　　　　SUSAN E. LOGGANS & ASSOCIATES
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

　　　　　　　　　　　　By:　/s/Susan E. Loggans

Susan E. Loggans, #1684663
Laura P. Gordon, #6294274
SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street, Suite 3500
Chicago, IL 60602
(312) 201-8600
(312) 201-1180 (fax)

## CERTIFICATE OF SERV ICE

     I certify that on May 1, 2008, I electronically filed the attached Plaintiffs' Motion to Remand with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Leslie M. Smith
Renee D. Smith
Andrew P. Bautista
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

                                      SUSAN E. LOGGANS & ASSOCIATES
                                      Attorneys for Plaintiffs


                          By:    /s/Susan E. Loggans

Susan E. Loggans, #1684663
Laura P. Gordon, #6294274
SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street, Suite 3500
Chicago, IL  60602
(312) 201-8600
(312) 201-1180 (fax)