MHL

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08-CV-2168

ARNOLD V. BAXTER HEALTHCARE CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PATRICK AND ELIZABETH ARNOLD

FILED
5-1-2008 NF
MAY 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) LAURA P. GORDON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Laura P. Gordon | |
| FIRM SUSAN E. LOGGANS & ASSOCIATES, P.C. | |
| STREET ADDRESS 33 NORTH LASALLE STREET, SUITE 1710 | |
| CITY/STATE/ZIP CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6294274 | TELEPHONE NUMBER 312-201-8600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |