UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Patrick Arnold, et al.
                     Plaintiff,

v.                                                  Case No.: 1:08−cv−02168
                                                   Honorable James F. Holderman

Baxter Healthcare Corporation
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Defendant Baxter Healthcare Corporation's motion to stay of proceedings pending transfer to the Judicial Panel on Multidistrict Litigation [6] and Plaintiffs Patrick Arnold, Elizabeth Arnold's motion to remand [15] are continued to 6/10/2008 at 9:00 AM. Status hearing set for 6/20/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.