UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patrick Arnold, et al.
                                        Plaintiff,

v.                                                     Case No.: 1:08−cv−02168
                                                       Honorable James F. Holderman

Baxter Healthcare Corporation
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

    MINUTE entry before the Honorable James F. Holderman: Status hearing held on 6/10/2008. On Plaintiffs Patrick Arnold, Elizabeth Arnold's motion to remand [15], any responses due by 6/17/2008; replies due by 6/24/2008. The Court to rule electronically. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.