SEL/LPG/cas          08-023               6/24/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PATRICK ARNOLD and              )
ELIZABETH ARNOLD,               )          Case No. 1:08-cv-02168
        Plaintiffs,              )
                                )
v.                              )
                                )
BAXTER HEALTHCARE CORP.,        )
        Defendant.               )

**SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO REMAND**

As the Court is aware, on June 6, 2008, the Joint Panel on Multidistrict Litigation (JPML) granted a motion to create a multidistrict proceeding for several cases pending against Baxter Healthcare Corporation involving injury caused by the drug heparin. On June 17, 2008, the JPML issued a conditional transfer order (CTO) with respect to this case and notified the parties that the case will be transferred to the MDL court unless either party files an objection to the CTO before noon on July 2. *See* CTO (Baxter provided this Court with a courtesy copy of the CTO on June 23, 2008); JPML Rule of P. 7.4(a). If either party objects to the CTO, the order will be stayed and the transfer will not occur until the JPML rules on the objection. *Id*. at 7.4(c).

Although a CTO has been issued to the parties, this Court retains jurisdiction to rule on the pending motion to remand at this time. JPML Rule of P. 1.5; *Illinois Mun. Retirement Fund v. Citigroup, Inc*., 391 F.3d 844, 850 (7th Cir. 2004); *Alegre v. Aguayo*, 2007 WL 141891 (N.D. Ill. 2007). The CTO will "not become effective unless and until [it is] filed with the clerk of the transferee district court," JPML Rule of P. 7.4(e), which will not occur before July 2, and will be later if either party objects to the CTO.

Because of the pendency of the CTO, and to avoid further delay attributable to Baxter's

improper removal of this case to federal court, plaintiffs respectfully request expedition of the

Court's decision on the May 1, 2008 motion to remand and, if at all possible, a decision by July

1, 2008.

Dated: June 24, 2008                    Respectfully submitted,

                                        SUSAN E. LOGGANS & ASSOCIATES
                                        Attorneys for Plaintiffs


                        By:     /s/Laura P. Gordon


Susan E. Loggans, #1684663
Laura P. Gordon, #6294274
SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street, Suite 3500
Chicago, IL  60602
(312) 201-8600
(312) 201-1180 (fax)


Of counsel:
Allison M. Zieve
Brian Wolfman
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20008
202-588-1000

2

## <u>CERTIFICATE OF SERV ICE</u>

I certify that on June 24, 2008, I electronically filed the attached Plaintiffs' Supplemental Memorandum in Support of Motion to Remand with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Leslie M. Smith
Renee D. Smith
Andrew P. Bautista
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

SUSAN E. LOGGANS & ASSOCIATES
Attorneys for Plaintiffs

By:    /s/Laura P. Gordon

Susan E. Loggans, #1684663
Laura P. Gordon, #6294274
SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street, Suite 3500
Chicago, IL  60602
(312) 201-8600
(312) 201-1180 (fax)