I hereby certify that this instrument is a true and correct copy of the original on file in this office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 17 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION**

FILED
JULY 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MDL No. 1953

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 6, 2008, the Panel transferred two civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable James G. Carr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Carr.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of June 6, 2008, and, with the consent of that court, assigned to the Honorable James G. Carr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: HEPARIN PRODUCTS
LIABILITY LITIGATION                                     MDL No. 1953

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**FLORIDA MIDDLE**
FLM  2  08-284                 Patricia Collins v. Baxter Healthcare Corp., et al.

**GEORGIA NORTHERN**
~~GAN  4  08-55~~              ~~Nancy Ann Fowler, et al. v. Hamilton Medical Center, Inc., et al.~~
                               Vacated 6/27/08

**ILLINOIS NORTHERN**
~~ILN  1  08-2058~~            ~~Mark Andrew Scott, etc. v. Baxter International, Inc., et al.~~ Opposed 7/2/08
ILN  1  08-2168                Patrick Arnold, et al. v. Baxter Healthcare Corp.
ILN  1  08-2324                Artemus Banks v. Baxter International, Inc., et al.
~~ILN  1  08-2511~~            ~~Betty Valenzo, etc. v. Baxter Healthcare Corp., et al.~~ Opposed 7/1/08

**LOUISIANA EASTERN**
LAE  2  08-3424                Sines Liner, Jr., et al. v. Baxter Healthcare Corp., et al.

**NEW JERSEY**
NJ   1  08-1664                Coletta Glass, et al. v. Baxter International, Inc., et al.
NJ   2  08-1705                Vladimir Doncov, etc. v. Baxter Healthcare Corp., et al.

**PENNSYLVANIA WESTERN**
PAW  2  08-547                 John P. DiSciullo v. Baxter Healthcare Corp., et al.

**PUERTO RICO**
PR   3  08-1372                Jeffrey Friedman v. Baxter International, Inc., et al.
PR   3  08-1455                Cristobal Rosado-Fontanes, et al. v. Baxter International, Inc., et al.

**TENNESSEE EASTERN**
TNE  1  08-109                 Paul Steele v. Baxter Healthcare Corp., et al.

**TEXAS EASTERN**
TXE  2  08-199                 Tim Spivey, et al. v. Baxter International, Inc., et al.