

**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

July 10, 2008

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

RE: **Arnold et al v. Baxter International, Inc.**
Case No:   08cv2168

Dear Clerk:

Pursuant to the order entered by the MDL Panel on 07/03/08 , the above record

■    was electronically transmitted to Northern District Of Ohio.


Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ Lakisha C. Williams
              Deputy Clerk

Enclosures

New Case No. _____     Date _____

c:    Non-ECF Attorneys and Pro se Parties